CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 27 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVEN CUMBERBATCH, JR., | ) Civil Action No. 7:12cv00256 |
| Petitioner, | ) |
| v. | ) **2254 FINAL ORDER** |
| HAROLD W. CLARKE, | ) |
| | ) By: Samuel G. Wilson |
| Respondent. | ) United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the respondent's motion to dismiss is **GRANTED**, the petitioner's 28 U.S.C. § 2254 petition is **DISMISSED**, the petitioner's motion to amend is **DENIED**, and this matter shall be **STRICKEN** from the court's active docket. Further, finding that the petitioner has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

ENTER: March 27, 2013.

_____
UNITED STATES DISTRICT JUDGE